UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    **CENTRAL DIVISION at LEXINGTON**


SHAUN PADGETT,                    )
                                  )
    Plaintiff,                    )   Action No. 5:14-CV-414-JMH
                                  )
v.                                )
                                  )
SAMANTHA DAUGHERTY, et al.,       )        **ORDER**
                                  )
    Defendants.                   )
                                  )

                    \*\*   \*\*   \*\*   \*\*   \*\*

The Court, being in receipt of and having reviewed the parties' agreed order of dismissal pursuant to Federal Rule of Procedure 41(a)(2), and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

(1) that the parties' agreed order of dismissal/joint motion to dismiss, [DE 19], is **GRANTED;**

(2) that all deadlines and schedules are hereby **CONTINUED GENERALLY;**

(3) that this matter shall be and hereby is **DISMISSED WITH PREJUDICE**, with each party to bear costs as provided for in the Settlement Agreement; and

(4) that this matter is hereby **STRICKEN FROM THE COURT'S ACTIVE DOCKET.**

This the 30th day of September, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge